IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00961-LTB

DOUGLAS A. GLASER,

    Applicant,

v.

V. EVERETT, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 19, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 19 day of June, 2013.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/ M.J. Garcia
        Deputy Clerk